GEORGE FERGUSON, as Administrator of the Estate of CARL T. FERGUSON, Deceased, Appellant, v. TURNER CONSTRUCTION COMPANY, Respondent.

*Ferguson* v. *Turner Construction Co.,* 152 App. Div. 695, appeal dismissed.
(Submitted January 13, 1913; decided January 21, 1913.)

MOTION to dismiss an appeal from a judgment, entered October 16, 1912, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order setting aside a dismissal of the complaint by the court at a Trial Term and granting a new trial and directed that said complaint be dismissed.

The motion was made upon the ground that appellant

had failed to perfect his appeal by filing the required undertaking.

*Eidlitz & Hulse* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.